IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-146-1H(2)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIE LAZZLO HENDERSON | ) | |

Upon motion of Defendant, and for good cause shown, the Court grants leave for PROPOSED SEALED DOCUMENT, which has been filed as Docket Entry 78, to be filed under seal.

It is hereby ORDERED that PROPOSED SEALED DOCUMENT, which has been filed as Docket Entry 78, shall be filed under seal by the Clerk of Court.

IT IS SO ORDERED,

This the 24 day of April 2012.

_____
Hon. MALCOLM J. HOWARD
Senior United States District Judge, E.D.N.C.