UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



UNITED STATES OF AMERICA

vs.   Case No: 5:11-CR-146-1H

WILLIE LAZZLO HENDERSON   ORDER

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on April 25, 2012 be turned over to Special Agent Lee Baldwin, ATF to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 5 | Firearm |
| 8 | Magazine |
| 9 | Ammunition |

This 25th day of April, 2012.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

Agent's Signature: _____
Lee Baldwin, ATF