IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-146-1H

UNITED STATES OF AMERICA,      )
                               )
                               )
     v.                        )
                               )        **ORDER**
                               )
WILLIE LAZLO HENDERSON,        )
     Defendant.                )


This matter is before the court on defendant's renewed motion for judgment of acquittal [DE #96] and defendant's motion for a new trial [DE #97]. Insufficent cause and justification appearing, the motions are DENIED.

This 26th day of July 2012.


MALCOLM J. HOWARD
Senior United States District Judge


At Greenville, NC
#31